# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOY CHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ORRY MARCIANO, et al.,<br><br>    Defendants. | Case No. EDCV 16-2513 R (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 11, 2017

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE